IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

FILED '23 02 13 AM09:24 MDGA-MAC

JUSTIN LASTER

Plaintiff                           CIVIL ACTION

v.                                  FILE NO.

USAA CASUALTY

INSURANCE COMPANY,

USAA INSURANCE

AGENCY

Defendants

Damages

Compensatory Damages and Enforcement Compliance

Civil Action for Gender Discrimination in Violation of Title VII of the Civil Rights Act of 1964, Short Term Disability in Violation of Title I and Title II of the Americans with Disabilities Act of 1990, Deprivation of Rights, Violation of United States Constitution Amendment XIV (14); Actions in Nature of Violation of 42 United States Code § 1983 Civil Action for Deprivation of Rights, Violation of 42 United States Code § 2000e, Violation of 42 United States Code § 1981, Violation of 42 United States Code § 12101, Violation of 42 United States Code § 12102, Violation of 42 United States Code § 12112, Violation of 42 United States Code § 12132, Violation of United States Constitution Amendment XIV (14), Violation of O.C.G.A. § 45-19-20, Violation of O.C.G.A. § 45-19-21, Violation of O.C.G.A. § 34-6A, Violation of O.C.G.A. § 34-6A-4, Violation of O.C.G.A. § 34-6A-5, Violation of O.C.G.A. § 34-6A-6, Violation of O.C.G.A. § 45-19-29; Liquidated Damages

**Complaint, petition, or declaration----For damages---- Title VII of the Civil Rights Act of 1964, Short Term Disability in Violation of Title I and Title II of the Americans with**

**Disabilities Act of 1990, Deprivation of Rights, 42 United States Code § 1983 Civil Action for Deprivation of Rights, Violation of 42 United States Code § 2000e, Violation of 42 United States Code § 1981, Violation of 42 United States Code § 12101, Violation of 42 United States Code § 12102, Violation of 42 United States Code § 12112, Violation of 42 United States Code § 12132, Violation of United States Constitution Amendment XIV (14), Violation of O.C.G.A. § 45-19-20, Violation of O.C.G.A. § 45-19-21, Violation of O.C.G.A. § 34-6A, Violation of O.C.G.A. § 34-6A-4, Violation of O.C.G.A. § 34-6A-5, Violation of O.C.G.A. § 34-6A-6, Violation of O.C.G.A. § 45-19-29--- Defendant**

COMPLAINT

Plaintiff, Justin Laster, alleges:

1. Plaintiff is now, and at all times mentioned in this complaint was, a resident of 2014 Armory Drive, Americus, Sumter, Georgia.

2. Defendant USAA Casualty Insurance Company, is, and at all times mentioned in this complaint was, a corporation organized and existing under the laws of Georgia with its principal place of business located at 9800 Fredericksburg Rd, San Antonio, Bexar, Texas.

3. Defendant USAA Insurance Agency, is, and at all times mentioned in this complaint was, a corporation organized and existing under the laws of Georgia with its principal place of business located at 9800 Fredericksburg Rd, San Antonio, Bexar, Texas.

4. On June 3, 2022 at around 7:58pm – 8:07pm I was traveling southbound on Candler Park Drive Northeast passing Mary Lin Elementary School by Candler Park and Candler Park Golf Course in my 2017 Red Dodge Journey when Samuel Levere driving a 2015 Black Chevrolet Silverado was parked along side the Mary Lin Elementary School on Candler Park Drive and as I was passing him he pulled out and hit the front passenger, rear passenger, rear fender and bumper of my 2017 Red Dodge Journey which frightened me and made me think that I had hit something in the street that I did not see. I stopped on the side of some other parked vehicles and called the Atlanta Police Department and assessed the damage caused to my vehicle by his vehicle.

5. The Atlanta Police Department came out after almost forty-five (45) minutes and issued a Citation #5986300 and violating O.C.G.A. § 40-6-73 Entering or crossing roadway. The driver of a vehicle about to enter or cross a roadway from any place other than another roadway shall yield the right of way to all vehicles approaching on the roadway to be entered or crossed.

6. I waited until seven (7) to ten (10) business days to obtain the Police Incident Report from the Atlanta Police Department. I picked up the Police Incident Report on June 16 or June 17, 2022.

7. On June 10, 2022 at 10:20 am from phone number (210) 531-8722 ext. 31272 a 41 second message was left for me on my voicemail from a woman named Catherine from USAA Casualty Insurance stating that she was aware that I was involved in an accident with one (1) of their insured parties and that to contact her about getting my vehicle repaired and providing me with a Claim #020475852-005.

8. I called USAA Casualty Insurance Company on Monday, June 20, 2022 at 10:00 am to discuss resolving the damages I accrued by their insured Mr. Samuel Levere Policy #003828258 C 07102 and I asked for Catherine the woman that left me the voice message some days earlier, but an unknown man stated she was busy or out of the office and said he would help me instead. We talked for about thirty (30) to forty-five (45) minutes and I realized we could not come to an agreement on a number of the issues of the damages I sustained by their insured party. I ended the call with the unknown man.

9. On July 7, 2022 USAA Casualty Insurance sent me a letter regarding my accident with their insured and they stated they wanted to discuss the accident at my earliest convenience. They also stated in the letter that they had been trying to reach me by phone and stated the following quoting from their letter, "We've been unable to reach you by phone because we don't have your phone number. You can use one of the following How to Contact Us methods to reach us and to provide your phone number." This was signed by Kathryn Allyn Non Injury and Property DH Unit 6 from Garrison Property and Casualty Insurance Company, a subsidiary of USAA Casualty Insurance Company.

10. My phone number had been working when they called me on June 10, 2022 when they called and June 20, 2022 when I called them, so I do not understand what the issue was if they attempted to call me and did not reach me by phone.

11. On July 21, 2022 at 12:28 pm from phone number (210) 531-8722 a 43 second message was left for me on my voicemail the same phone that USAA Casualty Insurance representatives had called before from Catherine, the woman that had previously called me on June 10, 2022 stating that they were calling to discuss repairing my vehicle and did I decide to let my insurance company repair the damages caused by their insured and USAA reimburse my insurance company the repair costs and to contact them to let them know. She stated the Claim# 020475852-005 and her extension# 31272 also in the voicemail message.

12. On August 4, 2022 at 2:05 pm from phone number (210) 531-8722 a 38 second message was left for me on my voicemail the same number Catherine, the USAA Casualty Insurance representative called two (2) times before on June 10, 2022 and on July 21, 2022 stating to contact her regarding repairing my vehicle that their insured damaged and did I let my insurance company repair the damages on my vehicle that their insured caused and to contact her as soon

as possible. Catherine left the Claim# 020475852-005 and her extension# 31272 also in the voicemail message.

13. On August 4, 2022 USAA Casualty Insurance sent me a letter stating, "This is acknowledgement of the following claim." USAA Policy Holder: Samuel K Levere Claim# 020475852-005 and that they were investigating the accident, they will be responsible for my damages only to the extent their insured driver's legal liability and coverage limits. They stated that I have the right to select the repair facility etc.

14. I have been damaged by USAA Casualty Insurance and their policy holder in violation of O.C.G.A. § 51-1-7, O.C.G.A. § 51-1-8, O.C.G.A. § 51-1-1, O.C.G.A. § 51-1-6, O.C.G.A. § 51-10-1, O.C.G.A. § 51-12-2, O.C.G.A. § 51-12-3, O.C.G.A. § 51-12-4, and O.C.G.A. § 51-12-5.1 in the amount of $3,000,000 and here is a breakdown of the damages I accrued because of your insured:

$10,000 Vehicular Damage To Passenger Front, Passenger Rear, Passenger Rear Fender, and Passenger Rear Bumper

$1,000,000 Loss of Income

$3,000,000 Loss of Opportunity, Mental Anguish

$50,000 Mental Health Psychologist Sessions

$440,000 Interest and Punitive Damages

WHEREFORE, plaintiff demands judgment against each defendant for:

1. Compensatory damages in the amount of $5,000,000;

2. Such other and further relief as the court may deem just and proper.

Dated: February 8, 2023

Respectfully submitted,

Justin Laster

2014 Armory Drive

Americus, GA 31719

(229) 924-0407

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have served the within and foregoing IN FORMA PAUPERIS AFFIDAVIT & COMPLAINT upon counsel for all parties by depositing a copy thereof, postage prepaid, in the United States Mail properly addressed upon the following:

United States District Court for the Middle District of Georgia
Macon Division
William Augustus Bootle Federal Building and United States Courthouse
Office of the Clerk
475 Mulberry Street
Macon, GA 31201

Justin Laster
Pro Se

This 8th day of February, 2023.

Justin Laster
2014 Armory Drive
Americus, GA 31719