IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JUSTIN LASTER,                                *

          Plaintiff,              *

v.                                            Case No.   1:23-CV-24 (LAG)

                                     *

                                     *

USAA CASUALTY INSURANCE
COMPANY, *et al.*,

          Defendants,

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 2, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of May, 2023.

                                                       David W. Bunt, Clerk


                                                      s/ Dennis Tomlinson, Deputy Clerk